# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES CRUMP

NO. 2021 KW 0586

**MAY 28, 2021**

---

In Re:     Charles Crump, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           4811-F-2020.

---

**BEFORE:     WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

**STAY DENIED. WRIT DENIED.**

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
 DEPUTY CLERK OF COURT
      FOR THE COURT